**John HENDRICKS, Plaintiff–
Appellant,**

v.

**Glenn S. GOORD, Commissioner;
Peter J. Lacy, Superintendent,
Defendants–Appellees.**

No. 00–0072.

United States Court of Appeals,
Second Circuit.

Feb. 20, 2001.

John Hendricks, Comstock, NY, pro se.

Julie S. Mereson, Ass't Sol. Gen., Albany, NY, for appellees.

Present VAN GRAAFEILAND,
KEARSE, and LEVAL, Circuit Judges.

*SUMMARY ORDER*

This cause came on to be heard on the record from the United States District Court for the Northern District of New York, and was submitted by plaintiff *pro se* and by counsel for defendants.

ON CONSIDERATION WHEREOF, it is now hereby ordered, adjudged, and decreed that the judgment of said District Court be and it hereby is affirmed substantially for the reasons stated in Judge McAvoy's Decision and Order dated March 2, 2000.

We have considered all of plaintiff's contentions on this appeal and have found them to be without merit. The judgment of the district court is affirmed.